Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
Lisa A. Villasenor, Esq. (State Bar No. 133984)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 217-6990
lav@mmker.com

Attorneys for Defendant
J. C. PENNEY COMPANY, INC. [erroneously
sued and served herein as J.C. Penney Properties Inc.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE JOLIVET, | Case No.: C-07-2517 |
| Plaintiff, | |
| vs. | **NOTICE OF COMPLIANCE WITH 28 U.S.C. §1446(d)** |
| J.C. PENNEY PROPERTIES INC., & DOES 1-10 | |
| Defendants. | |

PLEASE TAKE NOTICE that on June 7, 2007, defendant J.C. PENNEY COMPANY, INC. (erroneously sued and served herein as J.C. Penney Properties Inc.) filed with the Superior Court of the State of California in and for the County of Alameda a document entitled NOTICE TO THE STATE COURT AND TO ADVERSE PARTIES OF REMOVAL OF ACTION TO FEDERAL COURT, to which was attached a copy of the defendant's NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) filed in this Court. A copy of this document was served on the plaintiff on June 7, 2007.

///

///

///

1     A conformed copy of the NOTICE TO THE STATE COURT AND TO ADVERSE PARTIES OF REMOVAL OF ACTION TO FEDERAL COURT (without the attachments, copies of which are already on file with this Court) is attached hereto as Exhibit A.

Dated: June 8, 2007

**MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP**

By: _____
LISA A. VILLASENOR
Attorneys for Defendant,
J.C. PENNEY COMPANY, INC.

Case 3:07-cv-02517-EMC    Document 4    Filed 06/08/2007    Page 3 of 5

EXHIBIT A

Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
Lisa A. Villasenor, Esq. (State Bar No. 133984)
**MANNING & MARDER
KASS, ELLROD, RAMIREZ** LLP
One California Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 217-6990

Attorneys for Defendant
J. C. PENNEY COMPANY, INC. [erroneously
sued and served herein as J.C. Penney Properties Inc.]

ENDORSED
FILED
ALAMEDA COUNTY

JUN 0 7 2007

CLERK OF THE SUPERIOR COURT
By KMEL DHILLON Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| BERNADETTE JOLIVET,<br><br>    Plaintiff,<br><br>vs.<br><br>J.C. PENNEY PROPERTIES INC.,<br>& DOES 1-10<br><br>    Defendants. | Case No. RG06299460    BY FAX<br><br>**NOTICE TO THE STATE COURT AND TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>TRIAL DATE:        (none)<br>COMPLAINT FILED:   11/22/06 |

TO THE CLERK OF THE COURT AND TO THE PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Norther District of California on May 10, 2007. The matter has been assigned Case C-07-2517. A copy of the NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) is attached to this Notice as Exhibit A.

Dated: June 7, 2007

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
LISA A. VILLASENOR
Attorneys for Defendant
J.C. PENNEY COMPANY, INC.

- 1 -     D:\docsdata\lav\Jolivet v. J.C. Penney\Pleadings\NoticeToCourtAndPlaintiffs.SR.wpd

Notice to the State Court and to Adverse Party of Removal of Action To Federal Court

# PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco. I am over the age of 18 and not a party to this action. My business address is One California Street, Suite 1100, San Francisco, CA 94111.

On **June 8, 2007**, I served the foregoing document, described as **NOTICE OF COMPLIANCE WITH 28 U.S.C. §1446(d)** on the interested parties in this action by placing a true copy of the document in a sealed envelope, addressed as follows:

Adante D. Pointer, Esq.
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621

I deposited said envelope, as so addressed, with postage fully prepaid, in the United States mail at San Francisco, California.

I am readily familiar with Manning & Marder, Kass, Ellrod, Ramirez LLP's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 8, 2007, at San Francisco, California.

_____
Carlos Rios