Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
Lisa A. Villasenor, Esq. (State Bar No. 133984)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 217-6990
lav@mmker.com

Attorneys for Defendant,
J. C. PENNEY CORPORATION, INC.
[erroneously sued and served herein as J.C. Penney Properties Inc.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE JOLIVET,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>J.C. PENNEY PROPERTIES INC.,<br>& DOES 1-10<br><br>　　　　　Defendants. | Case No.:   C-07-2517 EMC<br><br>**NOTICE OF COMPLIANCE**<br>**WITH CIVIL LOCAL RULE 4-2** |

　　　　PLEASE TAKE NOTICE that on July 18, 2007, defendant J.C. PENNEY CORPORATION, INC. (erroneously sued and served herein as J.C. Penney Properties Inc.) served on all parties the following documents, in compliance with Civil Local Rule 4-2:

1.　　Order Setting Initial Case Management Conference and ADR Deadlines;

2.　　Standing Order for Civil Practice in Cases Assigned for all Purposes to Magistrate Judge Edward M. Chen;

3.　　Standing Order for all Judges of the Northern District of California/Contents of Joint Case Management Statement;

4.　　Welcome to the U.S. District Court, San Francisco;

5.　　Notice of Assignment of case to United States Magistrate Judge for Trial;

6.　　Consent to Proceed Before a United States Magistrate Judge;

- 1 -　　　D:\docsdata\lav\Jolivet v. J.C. Penney\Pleadings\NoticeOfCompliance.CLR4.2.wpd
**NOTICE OF COMPLIANCE WITH CIVIL LOCAL RULE 4-2**

7.  Declination to Proceed Before a United States Magistrate Judge;

8.  ECF Registration Information Handout;

9.  ADR Notebook: Dispute Resolution Procedures in the Northern District of California;

Dated: July 18, 2007

**MANNING & MARDER
KASS, ELLROD, RAMIREZ** LLP

By: _____
LISA A. VILLASENOR
Attorneys for Defendant,
J.C. PENNEY CORPORATION, INC.

# PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco. I am over the age of 18 and not a party to this action. My business address is One California Street, Suite 1100, San Francisco, CA 94111.

On **June 8, 2007**, I served the foregoing document, described as **NOTICE OF COMPLIANCE WITH CIVIL LOCAL RULE 4-2** on the interested parties in this action by placing a true copy of the document in a sealed envelope, addressed as follows:

Adante D. Pointer, Esq.
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621

I deposited said envelope, as so addressed, with postage fully prepaid, in the United States mail at San Francisco, California.

I am readily familiar with Manning & Marder, Kass, Ellrod, Ramirez LLP's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 18, 2007, at San Francisco, California.

_____
Carlos Rios