Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
Lisa A. Villasenor, Esq. (State Bar No. 133984)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 217-6990
lav@mmker.com

Attorneys for Defendant,
J. C. PENNEY CORPORATION, INC.
[erroneously sued and served herein as J.C. Penney Properties Inc.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE JOLIVET, | Case No.:  C-07-2517 EMC |
| Plaintiff, | |
| vs. | **DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| J.C. PENNEY PROPERTIES INC., & DOES 1-10 | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with he provisions of Title 28, U.S. C. Section 636 (c) , the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from the judgement shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 2, 2007

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP



By:
Lisa A. Villasenor
Attorneys for Defendant,
J.C. PENNEY CORPORATION, INC.
formerly known as J.C. PENNEY COMPANY, INC.
(erroneously sued as J.C. PENNEY & COMPANY, INC.)

**DEF'S NTC OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE**

# CERTIFICATION OF SERVICE

*Bernadette Jolivet v. J.C. PENNEY PROPERTIES , INC.*
United States District Court - Northern District Case No.: (To be Determined)

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, CA 94111.

On the date indicated below, I served the document described as DEFENDANT J.C. PENNEY CORPORATION, INC.'S NOTICE OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE to the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Adante D. Pointer, Esq.                          Counsel for Plaintiff,
LAW OFFICES OF JOHN L. BURRIS          BERNADETTE JOLIVET
7677 Oakport Street, Suite 1120
Oakland, CA 94621
adante.pointer@johnburrislaw.com

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(ELECTRONICALLY)** I caused such envelope to be filed and served on the interested parties through the U.S. District Court, Northern District of California Electronic Court Filing system (ECF).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 2, 2007 at San Francisco, California.

Lisette Estevez

D:\docsdata\lav\Jolivet v. J.C. Penney\Pleadings\Ntc.consent.magistrate.wpd

**DEF'S NTC OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE**