United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE JOLIVET, | No. C07-2517 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| J.C. PENNEY PROPERTIES, INC., et al. | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for August 15, 2007 at 1:30 p.m. is reset for **August 22, 2007 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case Management Statement is due August 15, 2007.

Dated: August 6, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy