**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** August 22, 2007

**Case No:** C07-2517 EMC                    **FTR Time:**    1:44-1:52p

**Case Name:**        Bernadette Jolivet v. J.C. Penny Properties, et al.

    **Attorneys:**  Adante Pointer for Plaintiff
                      Lisa Villasenor for Defendants

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held


**ORDERED AFTER HEARING:**

Parties shall have up to 120 days to add and serve any additional parties.   5-day jury trial set for 6/23/08 at 8:30 a.m.  This case is referred to the Alternative Dispute Resolution Program for mediation.  Mediation is to be completed within 90 to 120 days.  Court to issue other deadlines in the case management conference order.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court


**Case continued to:** 12/19/07 at 2:30 p.m. for Further Status Conference.  A joint status conference statement is due 12/12/07.


cc: EMC/ADR