1  Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
   Lisa A. Villasenor, Esq. (State Bar No. 133984)
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ** LLP
3  One California Street, Suite 1100
   San Francisco, CA 94111
4  Telephone:     (415) 217-6990
   Facsimile:     (415) 217-6999
5  lav@mmker.com

6  Attorneys for Defendant,
   J.C. PENNEY CORPORATION, INC.,
7  (erroneously sued as J.C. PENNEY PROPERTIES, INC.)

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | BERNADETTE JOLIVET,                      ) Case No.: 3:07-cv-02517-emc
                                              )
12 |             Plaintiff,                   ) **REQUEST FOR CONTINUANCE
                                              ) OF NEW STATUS CONFERENCE
13 |     vs.                                  ) DATE ; ORDER**
                                              )
14 | J.C. PENNEY PROPERTIES INC., & DOES 1-10 ) Date: December 20, 2007
                                              ) Time: 10:00 a.m.
15 |             Defendants.                  ) Court Room: C
                                              ) Magistrate Judge Edward M. Chen
16 | _____  )

17

18       TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

19 HEREIN:

20       PLEASE TAKE NOTICE that counsel for defendant, J.C. PENNEY CORPORATION, INC.

21 is unavailable for the newly set status conference date of December 20, 2007 at 10:00 a.m. Notice of

22 the chance of conference date was received by counsel for defendant on December 4, 2007.

23       Counsel for defendant has a federal court mediation at 10:00 a..m. on December 20, 2007, in

24 the matter of *Louella Boren, etc. v. J.C. Penney Corporation*, Inc. with federal court mediator, Joel

25 Franciosa, at United States District Court, San Francisco.

26 ///

27 ///

28 ///

-1-   D:\docsdata\lav\Jolivet v. J.C. Penney\Pleadings\ReqContStatusConf.wpd
REQUEST FOR CONTINUANCE OF NEW STATUS CONFERENCE DATE

1     This defendant therefore respectfully requests that the Case Management Conference in the
2 above-entitled matter be continued to December 31, 2007 or thereafter.

3 Dated: December 5, 2007                                          Respectfully submitted,

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
     Lisa A. Villasenor

Attorneys for Defendant,
J.C. PENNEY CORPORATION, INC.,
(erroneously sued as J.C. PENNEY
PROPERTIES, INC.)

IT IS SO ORDERED
that the Status
Conference is reset
from 12/20/07 to
1/2/08 at 2:30 p.m.
An updated Status
Conference Statement
is due 12/21/07.

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

# CERTIFICATION OF SERVICE

*Bernadette Jolivet v. J.C. PENNEY PROPERTIES, INC.*
United States District Court - Northern District Case No.: (3:07-cv-02517-emc)

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, CA 94111.

On the date indicated below, I served the document described as REQUEST FOR CONTINUANCE OF NEW STATUS CONFERENCE DATE to the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

[X] **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

    I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 5, 2007 at San Francisco, California.

                                                              Carlos Rios

## SERVICE LIST

| | |
|---|---|
| Adante D. Pointer, Esq.<br>Law Offices of John L. Burris<br>7677 Oakport Street, Suite 1120<br>Oakland, CA 94621<br>Phone Number (510) 839-5200<br>Fax Number (510) 839-3882<br>E-mail: adante.pointer@johnburrislaw.com | Counsel for Plaintiff,<br>BERNADETTE JOLIVET |
| Jeffrey M. Lenkov, Esq.<br>Manning & Marder, Kass, Ellrod, Ramirez LLP<br>801 s. Figueroa Street, 15th Floor<br>Los Angeles, CA 90017<br>Phone: (213) 624-6900<br>Fax:    (213) 624-6999 | Counsel for Defendant,<br>J.C. PENNEY CORPORATION, INC. |
| Ike Lasater, Esq.<br>Words That Work-Ike Lasater<br>156 Madrone Ave.<br>San Francisco, CA 94127 | |

-4-

REQUEST FOR CONTINUANCE OF NEW STATUS CONFERENCE DATE