1  Lisa A. Villasenor, Esq.
   State Bar Number: 133984
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ LLP**
3  One California Street, Suite 1100
   San Francisco, California 94111
4  Telephone:   (415) 217-6990
   Facsimile:   (415) 217-6999

5
   Attorneys for Defendant,
6  JC PENNEY CORPORATION, INC.
   [Erroneously sued and served herein as J.C. Penney Properties Inc.]
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  BERNADETTE JOLIVET,              )  Case No.: 3:07-cv-02517-EMC
                                     )
12                    Plaintiffs,    )  **SUPPLEMENTAL JOINT CASE**
                                     )  **MANAGEMENT STATEMENT**
13  vs.                              )  **AND PROPOSED ORDER**
                                     )  **[Civil L.R. 16-14]**
14  JC PENNEY COMPANY, INC.,         )
                                     )
15                    Defendants.    )  Conference Date: January 2, 2008
                                     )  Time:            2:30 p.m.
16  _____  )  Courtroom:       "C"

17

18      Pursuant to Civil L.R. 16-14(d) the parties to the above-entitled action certify that they met

19  and conferred at least 10 days prior to the subsequent case management conference schedule in this

20  case and jointly submit this Supplemental Case management Statement and Proposed Order and

21  request that the Court to adopt is as a Supplemental Case Management Order in this case.

22            **DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS**

23  **1.   The following progress or changes have occurred since the last case management**

24  **statement filed by the parties:**

25      The parties were scheduled for a mediation before Ike Lasater, Esq., on December 17, 2007.

26  The parties engaged in heavy settlement negotiations the week before the mediation date, where the

27  plaintiff suggested that the mediation be continued to allow for informal negotiations to be

28  exhausted. Defendant agreed and the mediation was taken off calendar. New dates are proposed for

early February in the event a mediation is in fact required.

While the parties have not settled the case, counsel have spoken or emailed nearly every other day concerning negotiations. The parties are close in their negotiations. Counsel will reveal the negotiations should the court wish. The parties are, as of the last round of offer and counter demand, $5000 apart. Negotiations will continue through the time of counsel's appearance at this subsequent case management conference.

**2.    The parties jointly request the Court to make the following Supplemental Case Management Order:**

If Counsel cannot settle informally by January 15, 2008, they shall complete mediation with court appointed mediator, Ike Lasater, no later than February 15, 2008. The result of either the informal settlement or mediation shall be reported to the court in a further Joint Supplemental Case Management Statement, to be filed no later than February 22. 2008. A further Case Management Conference will be set, after February 15, 2008.

Dated: December 28, 2007

**MANNING & MARDER KASS, ELLROD, RAMIREZ LLP**

By: _____
Lisa A. Villasenor
Attorneys for Defendant,
JC PENNEY CORPORATION, INC.
[Erroneously sued and served herein as J.C. Penney Properties Inc.]

Dated: December 28, 2007

**LAW OFFICES OF JOHN L. BURRIS**

By: _____
Adante' D. Pointer, Esq.
Attorneys for Plaintiff,
BERNADETTE JOLIVET

# CERTIFICATION OF SERVICE

*Bernadette Jolivet v. J.C. PENNEY PROPERTIES, INC.*
United States District Court - Northern District Case No.: 3:07-cv-02517-EMC

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, CA 94111.

On the date indicated below, I served the document described as **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER [Civil L.R. 16-14]** to the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Adante D. Pointer, Esq.<br>Law Offices of John L. Burris<br>7677 Oakport Street, Suite 1120<br>Oakland, CA 94621<br>Phone Number: (510) 839-5200<br>Fax Number:  (510) 839-3882<br>E-mail: adante.pointer@johnburrislaw.com | Attorneys for Plaintiff,<br>BERNADETTE JOLIVET |

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

   I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

X **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: **See Service List** .

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 31, 2007 at San Francisco, California.

_____
Jorie Pratt

-3-
JOINT CASE MANAGEMENT STATEMENT