**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** January 2, 2008
**Case No:** C07-2517 EMC                                **FTR Time:** 2:32-2:33 p.m.

**Case Name:** Bernadette Jolivet v. J.C. Penny Properties, et al.

    **Attorneys:**   No appearance for Plaintiff
                          Lisa Villasenor for Defendants

    **Deputy Clerk:** Betty Fong

| **PROCEEDINGS:** | **ORDERED AFTER HEARING:** |
|---|---|
| - STATUS CONFERENCE | Defense counsel informed court that case settled. Plaintiff will submit dismissal shortly. |

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:** 3/19/08 at 2:30 p.m. Further Status Conference.  Joint Status Conference Statement due 3/12/08.

cc: EMC