**ADANTÉ D. POINTER, ESQ. SBN 236229**
**JOHN L. BURRIS, ESQ. SBN 69888**
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:      (510) 839-5200
Facsimile:       (510) 839-3882
Email: john.burris@johnburrislaw.com
           adante.pointer@johnburrislaw.com

Attorney for Plaintiff
**BERNADETTE JOLIVET**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNADETTE JOLIVET,<br><br>    Plaintiff,<br><br>v.<br><br>JC PENNEY COMPANY, INC.,<br><br>    Defendants. | **Case No. 3:07-cv-02517 EMC**<br><br>**NOTICE OF SETTLEMENT AND [P~~ROPOS~~ED] ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**<br><br>**Magistrate Judge Edward M. Chen** |

**TO THE COURT AND ALL PARTIES in the above–entitled action:**

The parties in the above-entitled action have reached a settlement resolving all the causes of action against JC Penney Company, Inc.  The parties are in the process of preparing and executing a Settlement Agreement and Release reciting the terms of the settlement.  Defendants will tender the agreed upon settlement funds upon the execution of the Settlement Agreement.

---

Plaintiff respectfully requests that future court dates in this action be vacated from the Court's calendar, and that this Court dismiss the entire action with prejudice.

Respectfully Submitted,

Dated: 01/02/08   ___/s/  ADANTE POINTER_____
ADANTÉ D. POINTER, ESQ.
LAW OFFICES OF JOHN L. BURRIS
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated  January 7, 2008

_____
Magistrate
United S

